UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 12-22006-CIV-SEITZ/WHITE

ANGEL ROBERTO GONZALEZ,

      Petitioner,

v.

MICHAEL D. SCREWS,

      Respondent.
_____/

## ORDER ADOPTING REPORT AND CLOSING CASE

THIS CAUSE is before the Court on the Report of Magistrate Judge [DE-11]. In that Report, Magistrate Judge White recommends that Petitioner's Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 be dismissed because Petitioner's arguments regarding his immigration detainer are not yet ripe for review and because Petitioner has failed to make a substantial showing that he was denied a constitutional right. Petitioner has not filed objections to the Report. Thus, having carefully reviewed, *de novo*, Magistrate Judge White's Report, the record, and given that Plaintiff has not objected, it is

ORDERED that:

(1) The above-mentioned Report of Magistrate Judge [DE-11] is AFFIRMED and ADOPTED, and incorporated by reference into this Court's Order;

(2) Petitioner's Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 [DE-1] is DISMISSED.

(3) All pending motions not otherwise ruled upon in this Order are DENIED AS MOOT; and

(4) This case is CLOSED.

DONE and ORDERED in Miami, Florida, this 11 day of March, 2012.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc:    Magistrate Judge White
        All Counsel of Record